IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-5-BO

STEPHANIE CAMPBELL,         )
                            )
            Plaintiff,      )
                            )
      v.                    )
                            )           **ORDER**
MARTIN O'MALLEY,            )
Commissioner of Social Security, )
                            )
            Defendant.      )

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $9,486.75 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay Plaintiff the lesser EAJA fee of $4,100.00.

It is therefore ORDERED that the Commissioner of Social Security pay Plaintiff's counsel, Charlotte W. Hall, the sum of $9,486.75, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $4,100.00 and upon the payment of such sums, this case is dismissed with prejudice.

This 15 day of April, 2024,

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE